**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LaShaunda Jamecca Braden<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4884 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kahlil J Mohammad<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8416 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Georgia | | |
| Case number: | 24–56592–sms | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**LaShaunda Jamecca Braden** **Kahlil J Mohammad**

**By the court:**

10/28/26

Sage M. Sigler
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re: LaShaunda Jamecca Braden, Kahlil J Mohammad, Debtors

Case No. 24-56592-sms
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 5
Date Rcvd: Oct 28, 2026 Form ID: 318 Total Noticed: 92

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | LaShaunda Jamecca Braden, Kahlil J Mohammad, 2233 Serenity Dr. NW, Acworth, GA 30101-6215 |
| aty | + | Angie Lee, Holston and Huntley LLC, Suite 2110, 3350 Riverwood Parkway, Atlanta, GA 30339-3363 |
| op | + | ABC Legal, 1099 Stewart St., Suite 700, Seattle, WA 98101-2221 |
| cr | + | Progress Residential Borrower 3, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 24820703 | | Centennial Aviation Academy Inc, c/o Schulten Ward Turner & Weiss LLP, Kevin Ward Christopher Williams 260 Peac, Atlanta, GA 30303 |
| 24820708 | + | Christopher T. Jimmerson, 1810 White Cir. Ste 120, Marietta, GA 30066-5836 |
| 24820709 | + | Cigna, PO Box 30028, Tampa, FL 33630-3028 |
| 24820716 | + | Dentaquest, PO Box 417953, Boston, MA 02241-7953 |
| 24820717 | + | Desiree M. McCarthy Keith, 1320 Ribaut Rd., Port Royal, SC 29935-1118 |
| 24820718 | + | Dr. Jian Wei, MD, 5431 Edmondson Pike #10, Nashville, TN 37211-5806 |
| 24820722 | + | Galleria Specialty Shops, c/o Phillip Beggs Ste 100 326 Roswell St, Marietta, GA 30060-8222 |
| 24820725 | + | Islam G. Eltarawy, 970 Woodstock Pkwy Suite 100, Woodstock, GA 30188-4869 |
| 24820731 | ++ | LIFTFUND INC, 2007 WEST MARTIN STREET, SAN ANTONIO TX 78207-2630 address filed with court:, Liftfund, 2014 S Hackberry St, San Antonio, TX 78210-3541 |
| 24820730 | | Labcorp, Labcorp PO Box 2240, Burlington, NC 27216 |
| 24820741 | + | Nelson H. May, 699 Church Street NE, Suite 340, Marietta, GA 30060-1131 |
| 24820744 | + | Pinnacle Orthopaedics, 300 Tower Rd Ste 101, Marietta, GA 30060-9403 |
| 24820750 | | Republic Finance, 793 Whitlock Ave SW, Marietta, GA 30064-3001 |
| 24820751 | + | Samuel Szumstein, 400 Tower St Suite 200, Marietta, GA 30060-9412 |
| 24820752 | + | Shady Grove Fertility, 61 Whitcher St. Suite 4140, Marietta, GA 30060-1179 |
| 24820771 | | Upgrade Inc. on Behalf of Cro, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 24820775 | | Vanderbilt Credit Unio, 1313 21st Ave S, Nashville, TN 37232-0001 |
| 24820778 | + | Wellstar, PO Box 3475, Toledo, OH 43607-0475 |
| 24820779 | + | Williams Medical Supply, Inc, 1501 Church St, Nashville, TN 37203-3004 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 28 2026 20:52:03 | Jonathan S. Adams, Office of the United States Trustee, 362 Richard B Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24820696 | + | Email/Text: legal@arsnational.com | Oct 28 2026 20:58:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 24820698 | | Email/Text: bankruptcy@ascendfcu.org | Oct 28 2026 20:56:00 | Ascend Federal Credit Union, Attn: Bankruptcy, PO Box 1210, Tullahoma, TN 37388-1210 |
| 24820697 | | Email/Text: bankruptcy@ascendfcu.org | Oct 28 2026 20:56:00 | Ascend Federal Credit Union, PO Box 1210, Tullahoma, TN 37388-1210 |
| 24820694 | | Email/PDF: AffirmBKNotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| 24820693 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2026 21:00:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24820695 | ^ | MEBN | Oct 28 2026 21:00:39 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24820699 | ^ | MEBN | Oct 28 2026 20:52:05 | Alliant Capital Management LLC, 1965 Sheridan Drive, Suite 100, Buffalo, NY 14223-1251 |
| 24820702 | + | EDI: CCS.COM | Oct 28 2026 20:51:54 | Asset Recovery Solutions LLC, 2200 E Devon Ave Ste 200, Des Plaines, IL 60018-4501 |
| 24820707 | ^ | MEBN | Oct 29 2026 00:41:00 | CCS USA, 725 Canton St, Norwood, MA 02062-2609 |
| 24820701 | | EDI: CAPITALONE.COM | Oct 28 2026 20:51:47 | CHKG/TMOBILE, PO Box 4500, Allen, TX 75013-1311 |
| 24820700 | | EDI: CAPITALONE.COM | Oct 29 2026 00:41:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 24820704 | | EDI: IRS.COM | Oct 29 2026 00:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 24820706 | | EDI: JPMORGANCHASE | Oct 29 2026 00:41:00 | Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 24820705 | | EDI: JPMORGANCHASE | Oct 29 2026 00:41:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 24820711 | | EDI: WFNNB.COM | Oct 29 2026 00:41:00 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 24820710 | | EDI: WFNNB.COM | Oct 29 2026 00:41:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 24820712 | | EDI: WFNNB.COM | Oct 29 2026 00:41:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 24820713 | | EDI: WFNNB.COM | Oct 29 2026 00:41:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 24820714 | | Email/Text: Collections@myconsumers.org | Oct 29 2026 00:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 24820715 | | Email/Text: collections@consumerscu.org | Oct 28 2026 20:58:00 | Consumers Credit Union, 300 N Field Dr, Lake Forest, IL 60045-2513 |
| 24820733 | | EDI: CITICORP | Oct 28 2026 20:58:00 | Consumers Credit Union, Attn: Bankruptcy, PO Box 525, Oshtemo, MI 49077-0525 |
| 24820719 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 29 2026 00:41:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 24820720 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 28 2026 20:58:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 24820721 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 20:58:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 24820723 | | EDI: GADEPTOFREV | Oct 28 2026 20:56:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 24820726 | | EDI: JPMORGANCHASE | Oct 29 2026 00:41:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 24820727 | + | Email/Text: tamara.pair@wellstar.org | Oct 29 2026 00:41:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 24820729 | | EDI: CAPITALONE.COM | Oct 28 2026 20:58:00 | Kennestone Hospital, 677 Church St, Marietta, GA 30060-1101 |
| 24820728 | | EDI: CAPITALONE.COM | Oct 29 2026 00:41:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

| | | | |
|---|---|---|---|
| | | Oct 29 2026 00:41:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 24820734 | Email/Text: EBN@Mohela.com | Oct 28 2026 20:57:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 24820735 | ^ MEBN | Oct 28 2026 20:51:50 | MRS, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 24820732 | EDI: CITICORP | Oct 29 2026 00:41:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 24820736 | ^ MEBN | Oct 28 2026 20:51:59 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 24820737 | EDI: NFCU.COM | Oct 29 2026 00:41:00 | Navy Fcu, PO Box 3700, Merrifield, VA 22119-3700 |
| 24820738 | EDI: NFCU.COM | Oct 29 2026 00:41:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 24820740 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 20:58:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 24820739 | ^ MEBN | Oct 28 2026 20:52:01 | Nelnet, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 24820745 | + Email/Text: bknotices@progressresidential.com | Oct 28 2026 20:59:00 | PROGRESS RESIDENTIAL, PO BOX 4300, Scottsdale, AZ 85261-4300 |
| 24820742 | + Email/Text: CS&PLcorrespondence@piedmont.org | Oct 28 2026 20:58:00 | Piedmont Healthcare, PO Box 100062, Atlanta, GA 30348-0062 |
| 24820743 | + Email/Text: CS&PLcorrespondence@piedmont.org | Oct 28 2026 20:58:00 | Piedmont Hospital, Inc, 1968 Peachtree Rd NW, Atlanta, GA 30309-1281 |
| 24820746 | + Email/Text: bknotices@progressresidential.com | Oct 28 2026 20:59:00 | Progress Residential Direct Services,, 2658 Holcomb Bridge Rd Suite 118, Alpharetta, GA 30022-6822 |
| 24820747 | + Email/Text: BankruptcyMail@questdiagnostics.com | Oct 28 2026 20:59:00 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 24820749 | Email/Text: newbk@Regions.com | Oct 28 2026 20:58:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Birmingham, AL 35203-2610 |
| 24820748 | Email/Text: newbk@Regions.com | Oct 28 2026 20:58:00 | Regions Bankcard, 2050 Parkway Office Cir, Hoover, AL 35244-1805 |
| 24820753 | + EDI: SYNC | Oct 29 2026 00:41:00 | Syncb/Belk Dual Card, PO Box 71750, Philadelphia, PA 19176-1750 |
| 24820754 | EDI: SYNC | Oct 29 2026 00:41:00 | Syncb/Belk Dual Card, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820755 | ^ MEBN | Oct 28 2026 20:51:30 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 24820756 | EDI: SYNC | Oct 29 2026 00:41:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820757 | + EDI: SYNC | Oct 29 2026 00:41:00 | Syncb/Rooms to Go, PO Box 71757, Philadelphia, PA 19176-1757 |
| 24820758 | EDI: SYNC | Oct 29 2026 00:41:00 | Syncb/Rooms to Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820760 | EDI: SYNC | Oct 29 2026 00:41:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820759 | + EDI: SYNC | Oct 29 2026 00:41:00 | Synchrony Bank/ Old Navy, PO Box 71727, Philadelphia, PA 19176-1727 |
| 24820761 | + EDI: SYNC | Oct 29 2026 00:41:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 24820762 | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 00:41:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820764 | | EDI: SYNC | Oct 29 2026 00:41:00 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 24820763 | + | EDI: SYNC | Oct 29 2026 00:41:00 | Synchrony Bank/Tjx, PO Box 71737, Philadelphia, PA 19176-1737 |
| 24820765 | ^ | MEBN | Oct 28 2026 20:52:04 | Telecom Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 24820766 | + | EDI: Q3GTBI | Oct 29 2026 00:41:00 | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 24820767 | | EDI: Q3GTBI | Oct 29 2026 00:41:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 24820769 | | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 20:57:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 24820768 | | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 20:57:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 24820770 | + | Email/Text: bankruptcynotices@sba.gov | Oct 28 2026 20:56:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 24820772 | | Email/Text: bknotice@upgrade.com | Oct 28 2026 20:56:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 24820773 | | Email/Text: bknotice@upgrade.com | Oct 28 2026 20:56:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 24820774 | + | EDI: USBANKARS.COM | Oct 29 2026 00:41:00 | US Bank/Rms, PO Box 5229, Cincinnati, OH 45201-5229 |
| 24821412 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 28 2026 20:58:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24820776 | | EDI: G2RSVELOCITY | Oct 29 2026 00:41:00 | Velocity Investments LLC, 1800 Route 34N, Suite 305, Belmar, NJ 07719 |
| 24820777 | + | Email/Text: tamara.pair@wellstar.org | Oct 28 2026 20:58:00 | Wellstar, 805 Sandy Plains Road, Marietta, GA 30066-6340 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24820724 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Garry Masterson | on behalf of Creditor Consumers Credit Union bronationalecf@weltman.com |
| Kevin L. Ward | on behalf of Creditor Spencer Harrison Clark k.ward@swtwlaw.com |
| Kevin L. Ward | on behalf of Creditor Centennial Aviation Academy Inc. k.ward@swtwlaw.com |
| Kevin L. Ward | on behalf of Creditor Rohan Krishan Bhatia k.ward@swtwlaw.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 3 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas T. McClendon | on behalf of Plaintiff Centennial Aviation Academy Inc. tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Creditor Centennial Aviation Academy Inc. tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Creditor Spencer Harrison Clark tmcclendon@joneswalden.com jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Creditor Rohan Krishan Bhatia tmcclendon@joneswalden.com jwdistribution@joneswalden.com;eterrell@joneswalden.com |

TOTAL: 11