**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>LaShaunda Jamecca Braden, Kahlil J Mohammad<br><br>Debtors. | CASE NO. 24-56592-sms<br>CHAPTER 7<br><br>Judge Sage M. Sigler |
| Progress Residential Borrower 3, LLC,<br><br>Movant.<br><br>V.<br><br>LaShaunda Jamecca Braden, Debtor, Kahlil J Mohammad, Joint Debtor,<br>Cathy L. Scarver, Trustee<br><br>Respondents. | CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On September 18, 2026, Progress Residential Borrower 3, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 83) (the "Motion"). The Motion concerns rented real property known as 2233 Serenity Dr NW, Acworth GA 30101 (the

"Property"). A hearing on said Motion was heard on October 28, 2026, upon notice Movant contends was proper. A response in opposition to the Motion was filed by the Debtors, with a contested hearing held.

The Court, having considered the Motion, arguments at said hearing, and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cathy L. Scarver
Chapter 7 Trustee
PO Box 672587
Marietta, GA 30006

LaShaunda Jamecca Braden, pro se Debtor
2233 Serenity Dr NW
Acworth GA 30101

Kahlil J Mohammad, Joint Debtor
2233 Serenity Dr NW
Acworth GA 30101