**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| LaShaunda Jamecca Braden, Kahlil J Mohammad | ) | |
| Debtors. | ) | CASE NO. 24-56592-sms |
| | ) | CHAPTER 7 |
| | ) | Judge Sage M. Sigler |
| Progress Residential Borrower 3, LLC, | ) | |
| Movant. | ) | CONTESTED MATTER |
| V. | ) | |
| LaShaunda Jamecca Braden, Debtor, Kahlil J Mohammad, Joint Debtor, Cathy L. Scarver, Trustee | ) | |
| Respondents. | ) | |

**<u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>**

On September 18, 2026, Progress Residential Borrower 3, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 83) (the "Motion"). The Motion concerns rented real property known as 2233 Serenity Dr NW, Acworth GA 30101 (the

"Property"). A hearing on said Motion was heard on October 28, 2026, upon notice Movant contends was proper. A response in opposition to the Motion was filed by the Debtors, with a contested hearing held.

The Court, having considered the Motion, arguments at said hearing, and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cathy L. Scarver
Chapter 7 Trustee
PO Box 672587
Marietta, GA 30006

LaShaunda Jamecca Braden, pro se Debtor
2233 Serenity Dr NW
Acworth GA 30101

Kahlil J Mohammad, Joint Debtor
2233 Serenity Dr NW
Acworth GA 30101

United States Bankruptcy Court
Northern District of Georgia

In re:
LaShaunda Jamecca Braden
Kahlil J Mohammad
Debtors

Case No. 24-56592-sms
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf401 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | LaShaunda Jamecca Braden, Kahlil J Mohammad, 2233 Serenity Dr. NW, Acworth, GA 30101-6215 |
| aty | + | Angie Lee, Holston and Huntley LLC, Suite 2110, 3350 Riverwood Parkway, Atlanta, GA 30339-3363 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Garry Masterson | on behalf of Creditor Consumers Credit Union bronationalecf@weltman.com |
| Kevin L. Ward | on behalf of Creditor Centennial Aviation Academy Inc. k.ward@swtwlaw.com |
| Kevin L. Ward | on behalf of Creditor Spencer Harrison Clark k.ward@swtwlaw.com |
| Kevin L. Ward | on behalf of Creditor Rohan Krishan Bhatia k.ward@swtwlaw.com |

| | |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 3 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas T. McClendon | on behalf of Creditor Centennial Aviation Academy Inc. tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Plaintiff Centennial Aviation Academy Inc. tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Creditor Spencer Harrison Clark tmcclendon@joneswalden.com jwdistribution@joneswalden.com;eterrell@joneswalden.com |
| Thomas T. McClendon | on behalf of Creditor Rohan Krishan Bhatia tmcclendon@joneswalden.com jwdistribution@joneswalden.com;eterrell@joneswalden.com |

TOTAL: 11